**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JIMMIE L. SMITH,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>               Defendant. | Case No. 07-CV-374-FHM |

## **OPINION AND ORDER**

The Court finds Defendant's Motion to Dismiss Plaintiff's Complaint [Dkt. 22] is MOOT.

The Court previously granted the Commissioner's Motion to Remand and remanded the case pursuant to sentence six of 42 U.S.C. § 405(g). [Dkt. 14]. Subsequently, the Court granted Plaintiff's Motion for Rule 58 Judgment. [Dkt. 16]. Since the case is no longer pending, the Defendant's motion is moot.

SO ORDERED this 30th day of September, 2008.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE